UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ELLE NGUYEN, *et al.*,

        Plaintiffs,

    v.

MERCER ISLAND BOYS BASKETBALL BOOSTER CLUB,

        Defendant.

CASE NO. 2:24-cv-01990-RSL

ORDER

This matter comes before the Court on plaintiffs' "request to admit interrogatories and answers for the record, pursuant to FRCP 36." Dkt. # 9.[1] No other information is provided. It is unclear whether plaintiff served requests for admission under Rule 36, whether any such requests fall within the scope and procedures of the Rule, how defendants responded, whether there has been a substantive or procedural admission, and to what such admissions might relate. Plaintiffs' request that unidentified discovery requests be deemed admitted is DENIED.

Dated this 16th day of January, 2025.

Robert S. Lasnik
United States District Judge

---

[1] The motion has not been noted on the Court's calendar for consideration as required by Local Civil Rule 7(d). Plaintiffs are reminded that they must comply with both the federal and local rules of civil procedure.

ORDER - 1