1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ELLE NGUYEN, *et al.*,

               Plaintiffs,

     v.

MERCER ISLAND BOYS BASKETBALL
BOOSTER CLUB,

              Defendant.

CASE NO. 2:24-cv-01990-RSL

ORDER DENYING MOTION FOR
APPOINTMENT OF COUNSEL

     This matter comes before the Court on "Plaintiffs' Affidavit for Appointment of Counsel." Dkt. # 26.

     Generally, a person has no right to counsel in civil actions. *See Storseth v. Spellman*, 654 F.2d 1349, 1353 (9th Cir. 1981). However, a court may under "exceptional circumstances" appoint counsel for indigent civil litigants pursuant to 28 U.S.C. § 1915(e)(1). *Agyeman v. Corrs. Corp. of Am.*, 390 F.3d 1101, 1103 (9th Cir. 2004). When determining whether "exceptional circumstances" exist, a court must consider "the likelihood of success on the merits as well as the ability of the petitioner to articulate his claims pro se in light of the complexity of the legal issues involved." *Weygandt v. Look*, 718 F.2d 952, 954 (9th Cir. 1983). Neither of these considerations is dispositive and instead must be viewed together. *Wilborn v. Escalderon*, 789 F.2d 1328, 1331 (9th Cir. 1986).

ORDER DENYING MOTION FOR APPOINTMENT OF
COUNSEL - 1

*Palmer v. Valdez*, 560 F.3d 965, 970 (9th Cir. 2009). In addition, the party seeking

appointment of counsel must show indigency. 29 U.S.C. § 1915(e)(1).

      Accepting plaintiffs' financial disclosure, which shows $1683 in annual income and

$4775 in monthly expenses, as true, the narrow defamation claim asserted in this litigation

is not factually or legally complex. Ms. Nguyen has served discovery regarding the claim

and appears to be capable of pursuing this litigation pro se. Plaintiffs have not shown the

sort of exceptional circumstances that justify appointment of counsel at the public's

expense. Dkt. # 26 is, therefore, DENIED.


      Dated this 24th day of March, 2025.


                               *Robert S. Lasnik*

                               Robert S. Lasnik
                               United States District Judge

ORDER DENYING MOTION FOR APPOINTMENT OF
COUNSEL - 2