UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ELLE NGUYEN, *et al*.,

        Plaintiffs,

   v.

MERCER ISLAND BOYS BASKETBALL BOOSTER CLUB,

        Defendant.

CASE NO. 2:24-cv-01990-RSL

ORDER

This matter comes before the Court on "Plaintiffs['] Status Report Request for Clarification on Settlement Conference and Defer Defendant's Summary Judgment Briefing." Dkt. # 49. As stated in the case management order:

> The settlement conference conducted between the close of discovery and the filing of dispositive motions requires a face-to-face meeting or a telephone conference between persons with authority to settle the case. The settlement conference does not have to involve a third-party neutral.

Dkt. # 2 at 2. The Court does not schedule or moderate the settlement conference: it is up to the parties to organize themselves and make a good faith effort to settle the dispute before incurring the expenses associated with dispositive motions and trial. Plaintiffs mistakenly assumed that the Court would appoint a mediator before whom the settlement

ORDER - 1

conference would take place (Dkt. # 49 at 2), but they are incorrect. The conference call the parties apparently held on March 19, 2025, is all that is required.

Plaintiffs request that the briefing schedule and consideration of defendant's motion for summary judgment be continued until after the parties have engaged in mediation. While the parties are free to mediate if both sides agree to do so, it is not required. Defendant timely filed its motion for summary judgment, noting it for consideration on April 30, 2025. Plaintiffs' response is due on or before April 23, 2025. The possibility that further settlement negotiations might be successful does not warrant a stay of either the case management deadlines or consideration of the pending motion.

Dated this 8th day of April, 2025.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER - 2