UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ELLE NGUYEN, *et al.*,

        Plaintiffs,

    v.

MERCER ISLAND BOYS BASKETBALL BOOSTER CLUB,

        Defendant.

CASE NO. 2:24-cv-01990-RSL

ORDER

    This matter comes before the Court on "Plaintiffs' Motion to Compel Defendant's Interrogatories Response and Document Production." Dkt. # 46. The Clerk of Court is directed to note the motion on the Court's calendar for consideration on Monday, May 5, 2025, pursuant to LCR 7(d)(3).

    A review of the docket shows that discovery closed more than a month ago and that defendant filed a motion for summary judgment that is noted for consideration on April 30, 2025. The filing of this motion to compel does not affect the briefing schedule for the motion for summary judgment.

    Dated this 15th day of April, 2025.

                                        /s/ Robert S. Lasnik
                                  Robert S. Lasnik
                                  United States District Judge

ORDER - 1