UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ELLE NGUYEN, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> MERCER ISLAND BOYS BASKETBALL BOOSTER CLUB, <br><br> Defendant. | CASE NO. 2:24-cv-01990-RSL <br><br> ORDER DENYING MOTION FOR RECONSIDERATION |

This matter comes before the Court on "Plaintiffs' Motion for Reconsideration Denying Motion to Compel and Award Attorney Fees." Dkt. # 73. Having reviewed the motion, the underlying memoranda and Court orders, and the remainder of the record, the Court finds as follows:

Plaintiffs acknowledge that all but Interrogatory No. 15 of their first set of discovery requests were overbroad and should have been withdrawn. Dkt. # 73 at 1 and 7. Plaintiffs further assert that they realized their error months ago and served a second set of discovery requests that was properly limited to the sole remaining defamation claim. Dkt. # 73 at 6-7. The second set was withdrawn, however, because it exceeded the limits imposed by Fed. R. Civ. P. 33. Plaintiffs then filed an untimely motion to compel seeking

ORDER DENYING MOTION FOR RECONSIDERATION - 1

responses to the first irrelevant set of discovery requests, Dkt. # 52, despite the Court's warning that continued pursuit of discovery related to claims that had already been dismissed would result in the award of attorney's fees, Dkt. # 24 at 5.

Plaintiffs have not identified any manifest error, overlooked facts, or injustice in the denial of the motion to compel or the award of attorney's fees. The motion for reconsideration is therefore DENIED.

DATED this 3rd day of June, 2025.

*MWS Lasnik*
Robert S. Lasnik
United States District Judge

ORDER DENYING MOTION FOR RECONSIDERATION - 2